NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT
STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0172

Michelle M. Walker

- - Versus - -

Terry E. Walker

22nd Judicial District Court
Case #: 201712327
St. Tammany Parish

On Application for Rehearing filed on 11/19/2020 by Michelle M. Walker

Rehearing _____Denied_____

_____
John Michael Guidry

_____
Page McClendon

_____
Walter I. Lanier, III

Date _____DEC 2 1 2020_____

_____
Rodd Naquin
Clerk of Court